IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HECTOR GARCIA** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **POLYMER80, INC.**, <br><br> *Defendant.* | Civil Action <br><br> No. 24-cv-1949 |

## **ORDER**

**AND NOW**, this 11th day of June, 2024, it is hereby **ORDERED** that Defendant Polymer80, Inc. shall file a response to Plaintiffs' June 3, 2024 pre-motion letter (ECF No. 8) by close of business on **June 13, 2024**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1