IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HECTOR GARCIA** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **POLYMER80, INC.,** <br><br> *Defendant.* | Civil Action <br><br> No. 24-cv-1949 |

## ORDER

**AND NOW**, this 1st day of July, 2024, upon consideration of Plaintiff's June 3, 2024 Letter Request for leave to file a motion to remand, and Defendant Polymer 80's response thereto, it is hereby **ORDERED** that Plaintiff is given leave to file the motion within 10 days of the date of this Order. Any request for costs under 28 U.S.C. § 1447(c) shall not be filed as a separate motion but may be included in the motion to remand.

BY THE COURT:

 /s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**