IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HECTOR GARCIA and ROSEANNE MORRISON, Individually and as co-administrators of the ESTATE OF SAHMYA GARCIA** | : : : : : | **CIVIL ACTION** **NO. 24-1949** |
| **v.** | : : | |
| **POLYMER 80, INC.,** *et. al.* | : | |

# ORDER

**AND NOW**, this 1st day of October, 2024, upon consideration of Plaintiffs' Bill of Costs (ECF No. 16), and Defendant having filed no objections or response in opposition thereto, Defendant is hereby **ORDERED** to pay the sum of $4,150.00 in attorneys' fees to Plaintiffs and their attorney, Keith West, Esquire, within thirty (30) days of the date of this Order.[1]

**BY THE COURT:**

*/s/  Mitchell S. Goldberg*

**Mitchell S. Goldberg,     J.**

---

[1]  As stated in my Order of August 12, 2024, Defendant improperly removed this case from the Court of Common Pleas of Philadelphia County not once, but twice, alleging various grounds which I found to be meritless. Following the second removal, and in the second court order granting remand because there were no objectively reasonable grounds to justify removal to federal court, I directed Plaintiffs' counsel to file a Bill of Costs pursuant to 28 U.S.C. § 1447(c). On August 26, 2024, in compliance with that directive, Plaintiffs' counsel filed a bill of costs attesting to the number of hours expended in responding to the second remand motion and annexing a copy of the Philadelphia Community Legal Services' Fee Schedule which has long been recognized by the Third Circuit as being "well developed" and "a fair reflection of the prevailing market rates in Philadelphia" for legal services. Maldonado v. Houstoun, 256 F.3d 181, 187 (3d Cir. 2001). Plaintiffs' counsel is seeking compensation for the expenditure of ten hours of research and drafting time at the hourly rate of $415, given he has ten years of experience. I find the Bill of Costs to be reasonable. Defendant has not objected or responded to it despite having now had more than one month to do so. Accordingly, the amount sought is approved and Defendant is ordered to pay $4,150.00 to Plaintiffs and their counsel within thirty days.