## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HECTOR GARCIA and ROSEANNE** | : | |
| **MORRISON, Individually and as** | : | **CIVIL ACTION** |
| **co-administrators of the ESTATE OF** | : | |
| **SAHMYA GARCIA** | : | **NO. 24-1949** |
| | : | |
| **v.** | : | |
| | : | |
| **POLYMER 80, INC.,** *et. al.* | : | |

### ORDER

　　**AND NOW**, this 3rd day of December, 2024, upon consideration of Plaintiff's Motion to Enforce and Amend the Court's Order of October 1, 2024, *ECF No. 18* (ECF No. 20), and there being no response in opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED** as uncontested under Local Rule of Civil Procedure 7.1(c), and the Order of October 1, 2024 filed on the ECF docket at No. 18 is **AMENDED** to add the following paragraph:

　　　　**IT IS FURTHER ORDERED** that Plaintiff may collect the sum of $4,150.00 in attorney's fees and costs from Defendant, Polymer 80, Inc., and Goldstein Law Partners LLC jointly and severally.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　*/s/   Mitchell S. Goldberg*
　　　　　　　　　　　　　　　　**Mitchell S. Goldberg,     J.**