IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HECTOR GARCIA and ROSEANNE MORRISON, Individually and as co-administrators of the ESTATE OF SAHMYA GARCIA** : : : : : | CIVIL ACTION<br><br>NO. 24-1949 |
| v. : : | |
| **POLYMER 80, INC.,** *et. al.* : | |

### ORDER

**AND NOW**, this 4th day of December, 2024, upon consideration of the Motion of Goldstein Law Partners LLC for Reconsideration of the Court Order entered on December 3, 2024 granting Plaintiffs' Motion to Enforce and Amend the Order of October 1, 2024 as uncontested, and it now appearing that Goldstein Law Partners LLC did file a response to the Motion to Enforce, but under an incorrect docket number, it is hereby **ORDERED** that the Motion to Reconsider (ECF No. 21) is **GRANTED**, and the Order of December 3, 2024 is **VACATED.**

**IT IS FURTHER ORDERED** that the merits of Plaintiffs' Motion to Enforce and Amend shall be treated as a contested motion and both parties' briefing and submissions shall be considered by the Court.

BY THE COURT:

*/s/  Mitchell S. Goldberg*

**Mitchell S. Goldberg,      J.**